STEVEN KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant KAYUMY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> FAZIL AHMAD KAYUMY, </br></br> Defendant. | No. CR-12-70863 MAG </br></br> **AMENDED** STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 16, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT </br></br> Hearing Date: October 17, 2012 </br> Time: 9:30 a.m. |

The above-captioned matter is set on October 17, 2012 before this Court for a status hearing. The parties request that this Court continue the hearing to November 16, 2012 at 9:30 a.m. and that the Court exclude time under the Speedy Trial Act between October 17, 2012 and November 16, 2012.

The misdemeanor charges in this case are out of the Middle District of Georgia. The parties are exploring the possibility of reaching a plea agreement to be entered in this District pursuant to Rule 20. The government is seeking to obtain any discovery from the Middle District of Georgia so that it can be turned over to defense counsel. Defense counsel needs additional time to review that discovery and discuss it with the defendant, and perform necessary legal research and investigation. The parties agree the ends of justice served by granting the

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR 12-70863 MAG

1 continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore,
2 the parties further stipulate and request that the Court exclude time between October 17, 2012
3 and November 16, 2012 under the Speedy Trial Act for effective preparation of counsel pursuant
4 to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

6 DATED: October 12, 2012

| /s/ Andrew Huang | /s/ Ned Smock |
|---|---|
| ANDREW HUANG | NED SMOCK |
| Assistant United States Attorney | Assistant Federal Public Defender |
| Counsel for United States | Counsel for Fazil Kayumy |

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR 12-70863 MAG            2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAZIL AHMAD KAYUMY,<br><br>Defendant. | No. CR-12-70863 MAG<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 16, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: October 17, 2012<br>Time: 9:30 a.m. |

The parties jointly requested that the hearing in this matter be continued from October 17, 2012 to November 16, 2012, and that time be excluded under the Speedy Trial Act between October 17, 2012 and November 16, 2012 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The parties are exploring the possibility of reaching a plea agreement to be entered in this District pursuant to Rule 20. The government is seeking to obtain any discovery from the Middle District of Georgia so that it can be turned over to defense counsel. Defense counsel needs additional time to review that discovery and discuss it with the defendant, and perform necessary legal research and investigation. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18

1   U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

2   **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from

3   October 17, 2012 to November 16, 2012 at 9:30 a.m., and that time between October 17, 2012

4   and November 16, 2012 is excluded under the Speedy Trial Act to allow for the effective

5   preparation of counsel, taking into account the exercise of due diligence.

6

7   DATED: 10/16/12                                    _____

8                                                      HON. KANDIS WESTMORE
                                                       United States Magistrate Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR 12-70863 MAG                      4