1  STEVEN KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant KAYUMY

FILED

NOV 15 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-70863 MAG |
| Plaintiff, ) | |
| ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO DECEMBER 3, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| ) | |
| FAZIL AHMAD KAYUMY, ) | Hearing Date: November 16, 2012 |
| Defendant. ) | Time: 9:30 a.m. |

The above-captioned matter is set on November 16, 2012 before this Court for a status hearing. The parties request that this Court continue the hearing to December 3, 2012 at 9:30 a.m. and that the Court exclude time under the Speedy Trial Act between November 16, 2012 and December 3, 2012.

The misdemeanor charges in this case are out of the Middle District of Georgia. Since the last scheduled appearance, the government has provided discovery to the defense. The defense has been reviewing that discovery. The parties are exploring the possibility of reaching a plea agreement to be entered in this District pursuant to Rule 20. The general terms of such an agreement have been discussed and the government is writing up a plea offer. More time is needed by defense counsel for these purposes. The parties agree the ends of justice served by

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR 12-70863 MAG

granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between November 16, 2012 and December 3, 2012 under the Speedy Trial Act for effective preparation of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: November 14, 2012

    /s/ Andrew Huang
ANDREW HUANG
Assistant United States Attorney
Counsel for United States

    /s/ Ned Smock
NED SMOCK
Assistant Federal Public Defender
Counsel for Fazil Kayumy

1  2012 and December 3, 2012 is excluded under the Speedy Trial Act to allow for the effective
2  preparation of counsel, taking into account the exercise of due diligence.

DATED: 11/15/12

_____
HON. DONNA RYU
United States Magistrate Judge