STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant KAYUMY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAZIL AHMAD KAYUMY,<br><br>Defendant. | No. CR-12-70863 MAG<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO DECEMBER 21, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Hearing Date: December 3, 2012<br>Time: 9:30 a.m. |

The above-captioned matter is set on December 3, 2012 before this Court for a status hearing. The parties request that this Court continue the hearing to December 21, 2012 at 9:30 a.m. and that the Court exclude time under the Speedy Trial Act between December 3, 2012 and December 21, 2012.

The misdemeanor charges in this case are out of the Middle District of Georgia. The defense has been discussing Rule 20 resolution of this matter with a prosecutor in that District. The general terms of such an agreement have been discussed and the government is writing up a plea offer. More time is needed by defense counsel for review of discovery and for discussing possible resolution with the defendant once the offer is prepared. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant

1  in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time

2  between December 3, 2012 and December 21, 2012 under the Speedy Trial Act for effective

3  preparation of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

5  DATED: November 29, 2012

8  /s/ Andrew Huang /s/ Ned Smock
   ANDREW HUANG NED SMOCK
   Assistant United States Attorney Assistant Federal Public Defender
9  Counsel for United States Counsel for Fazil Kayumy

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR 12-70863 MAG 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FAZIL AHMAD KAYUMY,<br><br>    Defendant. | No. CR-12-70863 MAG<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO DECEMBER 21, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    December 3, 2012<br>Time:    9:30 a.m. |

The parties jointly requested that the hearing in this matter be continued from December 3, 2012 to December 21, 2012, and that time be excluded under the Speedy Trial Act between December 3, 2012 and December 21, 2012 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. Defense counsel needs additional time to review that discovery and discuss it with the defendant, and perform necessary legal research and investigation. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from December 3, 2012 to December 21, 2012 at 9:30 a.m., and that time between December 3, 2012

1  and December 21, 2012 is excluded under the Speedy Trial Act to allow for the effective
2  preparation of counsel, taking into account the exercise of due diligence.

4  DATED: 11/30/12                                   _____
                                                     HON. KANDIS WESTMORE
5                                                    United States Magistrate Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR 12-70863 MAG                    4