1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender                    FILED
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627                               DEC 1  2012
4  Telephone: (510) 637-3500

5  Counsel for Defendant KAYUMY

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           OAKLAND DIVISION

10 UNITED STATES OF AMERICA,      )   No. CR-12-70863 MAG
                                  )
11          Plaintiff,             )   STIPULATED REQUEST TO CONTINUE
                                  )   HEARING DATE TO JANUARY 23, 2013
12     v.                          )   AND TO EXCLUDE TIME UNDER THE
                                  )   SPEEDY TRIAL ACT
13                                 )
   FAZIL AHMAD KAYUMY,            )   Hearing Date: December 21, 2012
14                                 )   Time: 9:30 a.m.
            Defendant.             )
15                                 )
                                  )
16 _____)

17        The above-captioned matter is set on December 21, 2012 before this Court for a status

18 hearing. The parties request that this Court continue the hearing to January 23, 2013 at 9:30 a.m.

19 and that the Court exclude time under the Speedy Trial Act between December 21, 2012 and

20 January 23, 2013.

21        The misdemeanor charges in this case are out of the Middle District of Georgia. The

22 defense has been discussing Rule 20 resolution of this matter with a prosecutor in that District.

23 The prosecutor in the Middle District of Georgia has proposed the terms of a plea agreement that

24 would be acceptable to their office. Additional time is needed for the assigned Assistant United

25 States Attorney in this District to obtain approval for a plea with those terms in this District

26 pursuant to Rule 20 and to draft a plea agreement. Further, more time is needed by defense

1  counsel for review of discovery and for discussing possible resolution with the defendant once
2  the offer is prepared. The parties agree the ends of justice served by granting the continuance
3  outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties
4  further stipulate and request that the Court exclude time between December 21, 2012 and January
5  23, 2013 under the Speedy Trial Act for effective preparation of counsel pursuant to 18 U.S.C.
6  §§ 3161(h)(7)(A) and (B)(iv).

7

8  DATED: December 17, 2012

9

10
11     /s/ Andrew Huang                                      /s/ Ned Smock
       ANDREW HUANG                                          NED SMOCK
12     Assistant United States Attorney                      Assistant Federal Public Defender
       Counsel for United States                             Counsel for Fazil Kayumy

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAZIL AHMAD KAYUMY,<br><br>　　　　Defendant. | No. CR-12-70863 MAG<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 23, 2013 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　　December 21, 2012<br>Time:　　　9:30 a.m. |

The parties jointly requested that the hearing in this matter be continued from December 21, 2012 to January 23, 2013, and that time be excluded under the Speedy Trial Act between December 21, 2012 and January 23, 2013 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. Defense counsel needs additional time to review that discovery and discuss it with the defendant, and perform necessary legal research and investigation. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from December 21, 2012 to January 23, 2013 at 9:30 a.m., and that time between December 21, 2012

and January 23, 2013 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: 12/19/12

HON. KANDIS WESTMORE
United States Magistrate Judge