1 | STEVEN G. KALAR
Federal Public Defender
2 | NED SMOCK
Assistant Federal Public Defender
3 | 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 | Telephone: (510) 637-3500

5 | Counsel for Defendant KAYUMY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 4-12-70863 MAG |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE TO MARCH 6, 2013 |
| v. | ) | |
| | ) | Hearing Date: February 13, 2013 |
| | ) | Time: 9:30 a.m. |
| FAZIL AHMAD KAYUMY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The above-captioned matter is set on February 13, 2013 before this Court for a status hearing. The parties request that this Court continue the hearing to March 6, 2013 at 9:30 a.m. The misdemeanor charges in this case are out of the Middle District of Georgia. The defense has been discussing Rule 20 resolution of this matter with a prosecutor in that District. The parties have agreed to the terms of a plea agreement. The only step that remains is completing necessary paperwork for the Rule 20 transfer process. Additional time is needed for that purpose. The parties further stipulate and request that the Court exclude time between February 13, 2013 and March 6, 2013 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §

//

Stip. Req. To Continue Hearing Date
No. 4-12-70863 MAG

1 | //

2 | 3161(h)(1)(E) for delay caused by transfer of the case from the Middle District of Georgia.

3 |

4 | DATED: February 8, 2013

5 |    /s/ Andrew Huang                           /s/ Ned Smock
ANDREW HUANG                             NED SMOCK

6 | Assistant United States Attorney         Assistant Federal Public Defender
Counsel for United States                   Counsel for Fazil Kayumy

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-12-70863 MAG |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING |
| v. | ) ) | DATE TO MARCH 6, 2013 |
| FAZIL AHMAD KAYUMY, | ) ) | |
| Defendant. | ) ) ) ) ) | |

The parties jointly requested that the hearing in this matter be continued from February 13, 2013 to March 6, 2013. Additional time is needed to complete paperwork to finalize the Rule 20 transfer and plea. Therefore, **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from February 13, 2013 to March 6, 2013 at 9:30 a.m before Magistrate Judge Kandis A. Westmore. Time will be excluded between February 13, 2013 and March 6, 2013 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(E) for delay caused by transfer of the case from the Middle District of Georgia.

DATED:  February 8, 2013

HON. DONNA RYU
United States Magistrate Judge

Stip. Req. To Continue Hearing Date
No. 4-12-70863 MAG                              3